968

KEITH, AKA KEITH, AKA GONZALEZ, AKA GONZALEZ DE GOMEZ *v.* UNITED STATES; RAMOS-PENA *v.* UNITED STATES; ROJAS-MONDRAGON *v.* UNITED STATES; VALDEZ-ORTIZ *v.* UNITED STATES; and ZAPATA-IBARRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6385. MELGAR-ARRAZOLA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6387. GENSEL *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6392. MARINA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6396. GUZMAN-RAMIREZ *v.* UNITED STATES; NAVARRO-PEREZ *v.* UNITED STATES; BAIRES-ABARCA *v.* UNITED STATES; HERNANDEZ-JUAREZ *v.* UNITED STATES; and MENDEZ-MADRID *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6397. GONZALES-VELASQUEZ *v.* UNITED STATES; DAMIAN-GARCIA *v.* UNITED STATES; OLIVA-BANEGAS *v.* UNITED STATES; GONZALEZ-JIMENEZ *v.* UNITED STATES; AGUILERA-GUERRERO, AKA RANGEL *v.* UNITED STATES; BANEGAS-SANCHEZ *v.* UNITED STATES; and RANGEL-RENDON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6398. GALINDO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6401. SABETTA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–6402. REED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.